THE STATE OF OHIO, APPELLEE, *v.* CARTER, APPELLANT.

[Cite as *State v. Carter,* 120 Ohio St.3d 1201, 2008-Ohio-5365.]

(No. 2008–0085—Submitted October 14, 2008—Decided October 22, 2008.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Julia R. Bates, Lucas County Prosecuting Attorney, and Michael E. Narges, Assistant Prosecuting Attorney, for appellee.

Jeffrey P. Nunnari, for appellant.